**AKERMAN LLP**
MARISSA ALGUIRE (SBN 249755)
MOJAN ANARI (SBN 298865)
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Emails  marissa.alguire@akerman.com
        mojan.anari@akerman.com

*Attorneys for Defendant*
AGI GROUND, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN RAMOS, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff;<br><br>v.<br><br>AGI GROUND, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 2:25−cv−01018−MAR<br><br>Assigned to Hon. Margo A. Rocconi<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT, PURSUANT TO LOCAL RULE 16¬15.7**<br><br>Complaint Filed: December 19, 2024<br>Removed:　　　　February 5, 2025<br>Trial Date:　　　　None |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT pursuant to Central District of California Local Rule 16-15.7, Plaintiff Jasmin Ramos ("Plaintiff") and Defendant AGI Ground, Inc. ("Defendant," and together with Plaintiff, collectively the "Parties"), by and through their respective counsel of record, have reached an agreement on the terms of a settlement in principle of the above-captioned action and are in the process of drafting and executing the settlement agreement documents.

1  The Parties anticipate filing a Joint Stipulation for Dismissal with Prejudice of
2  Plaintiff's individual claims and without Prejudice as to the class claims without notice
3  to class members, pursuant to Federal Rule of Civil Procedure 41, within the next 45
4  days.
5  In light of the Parties' agreement to settle this action, the Parties respectfully
6  request that the Court vacate all dates currently set as to completion of arbitration, so
7  that the Parties may complete the conditions precedent before filing the Joint
8  Stipulation For Dismissal.

Dated: April 30, 2025            **AKERMAN LLP**

By: /s/ Marissa Alguire
    Marissa Alguire
    Mojan Anari
    *Attorneys for Defendant*
    AGI GROUND, INC.

Dated: April 30, 2025            THE WHEELER LAW FIRM, APC

By: /s/ Scott Ernest Wheeler
    Scott Ernest Wheeler
    Justin A. Wheeler
    *Attorneys for Plaintiff*
    JASMIN RAMOS